| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>BERZON, MARSHA S. | 2. Court or Organization<br><br>U.S. CA NINTH CIRCUIT | 3. Date of Report<br><br>08/11/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>95 SEVENTH STREET<br>P.O. BOX 1939393<br>SAN FRANCISCO, CA 94119-3939 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 08/11/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting Individual and spouse; see pp. 17-24 of filing Instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | UC HASTINGS COLLEGE OF THE LAW - TEACHING | $3,728.10 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | SELF-EMPLOYED ATTORNEY |
| 2. 2015 | YALE UNIVERSITY - HONORARIUM $2,000.00 |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing Instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | UNIVERSITY OF CALIFORNIA, LOS ANGELES | 01/22/2015-01/23/2015 | LOS ANGELES, CA | EDUCATIONAL ACTIVITIES | TRAVEL, LODGING, MEALS |
| 2. | CALIFORNIA ACADEMY OF APPELLATE LAWYERS | 05/01/2015-05/03/2015 | SAN DIEGO, CA | EDUCATIONAL ACTIVITIES | TRAVEL, LODGING, MEALS |
| 3. | COLUMBIA UNIVERSITY | 05/12/2015-05/14/2015 | NEW YORK, NY | EDUCATIONAL ACTIVITIES | TRAVEL, LODGING, MEALS |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 08/11/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 8/11/2016 |

## VII. INVESTMENTS and TRUSTS

[ ] NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trusts) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1 | BANK OF AMERICA ACCOUNTS | A | Interest | L | T | | | | | |
| 2 | STERLING BANK & TRUST ACCOUNTS | B | Interest | N | T | | | | | |
| 3 | UNION BANK ACCOUNTS | C | Interest | N | T | | | | | |
| 4 | COCA COLA COMPANY - COMMON STC | A | Dividend | | | Sold (part) | 2/12/2015 | J | D | |
| 5 | | | | | | Sold | 8/11/2015 | K | E | |
| 6 | CORNING INC - COMMON STOCK | C | Dividend | L | T | | | | | |
| 7 | PEPSICO INC - COMMON STOCK | A | Dividend | K | T | | | | | |
| 8 | POWERSHRS QQQ TRUST SER 1 | A | Dividend | L | T | Sold (part) | 12/22/2015 | K | D | |
| 9 | SPDR S&P 500 ETF IV | E | Dividend | O | T | | | | | |
| 10 | VANGUARD FTSE ETF | D | Dividend | | | Buy (add'l) | 1/27/2015 | J | | |
| 11 | | | | | | Buy (add'l) | 3/5/2015 | J | | |
| 12 | | | | | | Sold (part) | 8/26/2015 | N | | |
| 13 | | | | | | Sold | 12/22/2015 | K | | |
| 14 | VANGUARD INFORMATION TECH | B | Dividend | M | T | Sold (part) | 12/22/2015 | K | D | |
| 15 | DFA CA SHORT TERM MUNI | C | Dividend | O | T | | | | | |
| 16 | DFA EMERGING MKTS CORE | A | Dividend | M | T | Sold (part) | 8/26/2015 | M | | |
| 17 | | | | | | Buy (add'l) | 12/22/2015 | M | | |

| | Name of Person Reporting | | Date of Report |
|---|---|---|---|
| | BERZON, MARSHA S. | | 8/11/2016 |

## VII. INVESTMENTS and TRUSTS

☐ NONE (*No reportable income, assets, or transactions.*)

| | A.<br>Description of Assets<br>(including trusts)<br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross Value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18 | DFA INTL SMALL CAP VALUE | C | Dividend | L | T | | | | | |
| 19 | DFA INTL SMALL CO PORT | C | Dividend | L | T | | | | | |
| 20 | DFA INTL VALUE PORTFOLIO | C | Dividend | M | T | | | | | |
| 21 | DFA US LARGE CAP VALUE | E | Dividend | N | T | Buy (add'l) | 12/16/2015 | K | | |
| 22 | | | | | | Sold (part) | 12/22/2015 | L | D | |
| 23 | DFA US MICRO CAP PORT | A | Dividend | L | T | Buy (add'l) | 12/22/2015 | L | | |
| 24 | DFA US SMALL CAP VALUE | A | Dividend | M | T | Buy | 12/22/2015 | M | | |
| 25 | PIMCO FOREIGN BOND FUND | D | Dividend | | | Buy (add'l) | 1/27/2015 | J | | |
| 26 | | | | | | Buy (add'l) | 12/16/2015 | J | | |
| 27 | | | | | | Sold | 12/22/2015 | N | | |
| 28 | PIMCO REAL RETURN FUND | B | Dividend | M | T | | | | | |
| 29 | VANGUARD CA INTER TERM | D | Dividend | N | T | | | | | |
| 30 | VANGUARD EQUITY INCOME | E | Dividend | M | T | Buy (add'l) | 1/27/2015 | K | | |
| 31 | | | | | | Buy (add'l) | 12/16/2015 | | | |
| 32 | VANGUARD LTD TERM TAX | E | Dividend | P1 | T | | | | | |
| 33 | VANGUARD SHORT TERM TAX | B | Dividend | N | T | | | | | |
| 34 | DFA EMERGING MKTS PORT | C | Dividend | | | Buy | 8/26/2015 | M | | |

| | Name of Person Reporting | | Date of Report |
|---|---|---|---|
| | BERZON, MARSHA S. | | 8/11/2016 |

## VII. INVESTMENTS and TRUSTS

☐ NONE (*No reportable income, assets, or transactions .*)

| | A. Description of Assets (including trusts) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35 | | | | | | Sold | 12/22/2015 | M | | |
| 36 | PIMCO COMMODITY REAL | A | Dividend | | | Buy | 1/27/2015 | J | | |
| 37 | | | | | | Sold | 12/22/2015 | J | | |
| 38 | DFA ONE YEAR FIXED IN CM | | None | M | T | Buy | 12/22/2015 | M | | |
| 39 | VANGUARD INFLATION | A | Dividend | M | T | Buy | 12/29/2015 | M | | |
| 40 | DFA REAL ESTATE | | None | K | T | Buy | 12/22/2015 | K | | |
| 41 | DFA US SMALL CAP PORT | | None | M | T | Buy | 12/22/2015 | M | | |
| 42 | ISHARES CORE MSCI EAFE | C | Dividend | N | T | Buy | 8/26/2015 | N | | |
| 43 | SCH CA MUNI MONEY FUND (SWEEP) | A | Dividend | K | T | | | | | |
| 44 | VERISIGHT RETIREMENT ACCT (spousal account). | | | | | | | | | |
| 45 | -FIDELITY SMALL CAP DISCOVERY FUND | | None | | | Sold (part) | 2/27/2015 | J | A | |
| 46 | | | | | | Buy (add'l) | 4/10/2015 | J | | |
| 47 | | | | | | Sold | 5/12/2015 | L | D | |
| 48 | -OPPENHEIMER INTERNATIONAL BOND | A | Dividend | | | Buy (add'l) | 2/27/2015 | J | | |
| 49 | | | | | | Buy (add'l) | 4/10/2015 | J | | |
| 50 | | | | | | Sold | 4/16/2015 | L | E | |
| 51 | -PIMCO TOTAL RETURN INSTL | A | Dividend | | | Sold (part) | 2/27/2015 | J | | |

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| BERZON, MARSHA S. | 8/11/2016 |

## VII. INVESTMENTS and TRUSTS

☐ NONE (*No reportable income, assets, or transactions .*)

| | A. Description of Assets (including trusts) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross Value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 52 | | | | | | Buy (add'l) | 4/10/2015 | J | | |
| 53 | | | | | | Sold (part) | 4/16/2015 | M | D | |
| 54 | | | | | | Sold | 5/14/2015 | J | | |
| 55 | -VANGUARD INFLATION-PROTECTED S | A | Dividend | | | Buy (add'l) | 2/27/2015 | J | | |
| 56 | | | | | | Buy (add'l) | 4/10/2015 | J | | |
| 57 | | | | | | Sold | 4/16/2015 | L | | |
| 58 | -VANGUARD 500 INDEX FUND (ADM) | C | Dividend | M | T | Sold (part) | 2/27/2015 | J | B | |
| 59 | | | | | | Buy (add'l) | 4/10/2015 | J | | |
| 60 | | | | | | Sold (part) | 5/12/2015 | L | D | |
| 61 | | | | | | Sold (part) | 11/4/2015 | J | A | |
| 62 | | | | | | Sold (part) | 11/12/2015 | J | A | |
| 63 | -VANGUARD TOTAL INTL. STOCK INDE | C | Dividend | M | T | Buy (add'l) | 2/27/2015 | J | | |
| 64 | | | | | | Buy (add'l) | 4/10/2015 | J | | |
| 65 | | | | | | Buy (add'l) | 5/12/2015 | J | | |
| 66 | | | | | | Sold (part) | 11/4/2015 | J | | |
| 67 | | | | | | Buy (add'l) | 11/12/2015 | J | | |
| 68 | -VANGUARD INTERMED.-TERM BOND I | D | Dividend | N | T | Sold (part) | 2/27/2015 | J | A | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 8/11/2016 |

## VII. INVESTMENTS and TRUSTS

☐ NONE (*No reportable income, assets, or transactions .*)

| | A. Description of Assets (including trusts) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69 | | | | | | Buy (add'l) | 4/10/2015 | J | | |
| 70 | | | | | | Buy (add'l) | 5/12/2015 | M | | |
| 71 | | | | | | Sold (part) | 11/4/2015 | J | | |
| 72 | | | | | | Sold (part) | 11/12/2015 | J | | |
| 73 | -VANGUARD SHORT-TERM BOND INDE | C | Dividend | N | T | Buy (add'l) | 2/27/2015 | J | | |
| 74 | | | | | | Buy (add'l) | 4/10/2015 | J | | |
| 75 | | | | | | Sold (part) | 5/12/2015 | K | | |
| 76 | | | | | | Sold (part) | 11/4/2015 | J | | |
| 77 | | | | | | Sold (part) | 11/12/2015 | J | | |
| 78 | -VANGUARD INFLATION-PROTECTED S | A | Dividend | L | T | Buy | 4/16/2015 | L | | |
| 79 | | | | | | Buy (add'l) | 5/12/2015 | J | | |
| 80 | | | | | | Sold (part) | 11/4/2015 | J | A | |
| 81 | | | | | | Sold (part) | 11/12/2015 | J | | |
| 82 | -OPPENHEIMER INTERNATIONAL BONI | C | Dividend | L | T | Buy | 4/16/2015 | L | | |
| 83 | | | | | | Buy (add'l) | 5/12/2015 | J | | |
| 84 | | | | | | Sold (part) | 11/4/2015 | J | | |
| 85 | -DFA U.S. SMALL CAP VALUE PORT | B | Dividend | K | T | Buy | 5/12/2015 | K | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 8/11/2016 |

## VII. INVESTMENTS and TRUSTS

☐ NONE (*No reportable income, assets, or transactions .*)

| | A. Description of Assets (including trusts) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86 | | | | | | Sold (part) | 11/4/2015 | J | | |
| 87 | | | | | | Buy (add'l) | 11/12/2015 | J | | |
| 88 | -VANGUARD EQUITY INCOME FUND (A | B | Dividend | K | T | Buy | 5/12/2015 | K | | |
| 89 | | | | | | Sold (part) | 11/4/2015 | J | | |
| 90 | | | | | | Sold (part) | 11/12/2015 | J | | |
| 91 | -VANGUARD REIT INDEX FUND (ADM) | A | Dividend | K | T | Buy | 5/12/2015 | K | | |
| 92 | | | | | | Sold (part) | 11/4/2015 | J | A | |
| 93 | | | | | | Sold (part) | 11/12/2015 | J | | |
| 94 | -VANGUARD SMALL-CAP GROWTH IND | A | Dividend | K | T | Buy | 5/12/2015 | K | | |
| 95 | | | | | | Sold (part) | 11/4/2015 | J | | |
| 96 | | | | | | Buy (add'l) | 11/12/2015 | J | | |
| 97 | -MET WEST TOTAL RETURN BOND FUN | A | Dividend | | | Buy | 4/16/2015 | M | | |
| 98 | | | | | | Sold (part) | 5/12/2015 | M | | |
| 99 | | | | | | Buy (add'l) | 5/14/2015 | J | | |
| 100 | | | | | | Sold (part) | 11/4/2015 | J | | |
| 101 | | | | | | Sold | 11/12/2015 | J | | |
| 102 | IRA#1 (SPOUSAL ACCOUNT) | | | | | | | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | BERZON, MARSHA S. | 8/11/2016 |

## VII. INVESTMENTS and TRUSTS

☐ NONE (*No reportable income, assets, or transactions.*)

| | A. Description of Assets (including trusts) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103 | -PIMCO FOREIGN BOND FUND | D | Dividend | L | T | | | | | |
| 104 | -DFA INTL SMALL CAP VALUE | A | Dividend | J | T | | | | | |
| 105 | -DFA REAL ESTATE | A | Dividend | K | T | Buy (add'l) | 12/22/2015 | J | | |
| 106 | -PIMCO COMMODITY REAL | B | Dividend | | | Sold | 12/22/2015 | K | | |
| 107 | -VANGUARD REIT | B | Dividend | L | T | Sold (part) | 11/24/2015 | J | A | |
| 108 | | | | | | Buy (add'l) | 12/22/2015 | K | | |
| 109 | -SCH ADV CASH RESRV PREM: SWZXX (SWEEP) | None | | J | T | | | | | |
| 110 | IRA#2 | | | | | | | | | |
| 111 | -DFA ONE YEAR FIXD INCM | A | Dividend | | | Sold | 12/2/2015 | K | | |
| 112 | -PIMCO FOREIGN BOND FUND | B | Dividend | | | Sold (part) | 3/5/2015 | M | | |
| 113 | | | | | | Buy | 3/6/2015 | M | | |
| 114 | | | | | | Sold | 12/2/2015 | M | | |
| 115 | -VANGUARD INFLATION | A | Dividend | | | Sold | 12/2/2015 | M | | |
| 116 | -VANGUARD SHORT TERM BD | A | Dividend | | | Sold | 12/2/2015 | K | | |
| 117 | -DFA COMMODITY STRATEGY | | None | | | Sold | 12/2/2015 | L | | |
| 118 | -DFA REAL ESTATE | B | Dividend | | | Sold | 12/2/2015 | L | D | |
| 119 | -DFA US MICRO CAP PORT | A | Dividend | | | Sold | 12/2/2015 | L | D | |

| | | | | Name of Person Reporting | | | Date of Report |
|---|---|---|---|---|---|---|---|
| | | | | BERZON, MARSHA S. | | | 8/11/2016 |

**VII. INVESTMENTS and TRUSTS**

☐ NONE (*No reportable income, assets, or transactions.*)

| | A. Description of Assets (including trusts) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120 | -DFA US SMALL CAP PORT | B | Dividend | | | Sold | 12/2/2015 | M | E | |
| 121 | -DFA US SMALL CAP VALUE | B | Dividend | | | Sold | 12/2/2015 | M | E | |
| 122 | -PIMCO COMMODITY REAL | A | Dividend | | | Sold | 12/2/2015 | K | | |
| 123 | -VANGUARD REIT | A | Dividend | | | Sold | 12/2/2015 | K | C | |
| 124 | -PIMCO LOW DURATION FUND | C | Dividend | | | Sold | 12/2/2015 | M | | |
| 125 | -TIAA CREF INSTL BOND | B | Dividend | | | Sold | 12/2/2015 | L | | |
| 126 | -VANGUARD TOTAL BOND | B | Dividend | | | Sold | 12/2/2015 | L | | |
| 127 | -VANGUARD FTSE EFT | A | Dividend | | | Sold | 12/2/2015 | J | | |
| 128 | -SCH ADV CASH RESRV PREM: SWZXX | A | Dividend | | | Redeemed | 12/14/2015 | P1 | | |
| 129 | SPOUSE'S CAPITAL ACCOUNT IN LAW FIRM PARTNERSHIP - BANK OF AMERICA*1 | A | Interest | J | U | | | | | |
| 130 | ALL STATE CORP - COMMON STOCK | A | Dividend | | | Sold | 7/6/2015 | K | C | |
| 131 | AMERICAN INTL GROUP - COMMON ST | A | Dividend | K | T | | | | | |
| 132 | ANHEUSER-BUSCH - COMMON STOCK | A | Dividend | K | T | | | | | |
| 133 | CR BARD INCORPORATE - COMMON ST | A | Dividend | K | T | | | | | |
| 134 | BERKSHIRE HATHWAY - COMMON STOCK | | None | K | T | | | | | |
| 135 | DEERE & CO - COMMON STOCK | A | Dividend | | | Sold | 10/26/2015 | K | | |
| 136 | DIAGEO PLC NEW - COMMON STOCK | | None | | | Sold | 2/11/2015 | K | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 8/11/2016 |

## VII. INVESTMENTS and TRUSTS

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trusts) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137 | FISERV INC - COMMON STOCK | | None | K | T | | | | | |
| 138 | INTEL CORP - COMMON STOCK | A | Dividend | | | Sold | 2/12/2015 | K | D | |
| 139 | JOHNSON & JOHNSON - COMMON STOCK | | None | | | Sold | 1/27/2015 | K | | |
| 140 | ROYAL BK CDA - COMMON STOCK | A | Dividend | | | Sold | 9/8/2015 | K | | |
| 141 | UNITED TECHNOLOGIES - COMMON ST | A | Dividend | K | T | Sold (part) | 9/18/2015 | J | | |
| 142 | FLOWSERVE CORP | A | Dividend | K | T | Buy | 1/27/2015 | K | | |
| 143 | KRAFT HEINZ COMPANY | A | Dividend | K | T | Buy | 8/11/2015 | K | | |
| 144 | | | | | | Sold (part) | 8/13/2015 | K | | |
| 145 | MONDELEZ INTL | A | Dividend | K | T | Buy | 7/6/2015 | K | | |
| 146 | NORTHROP GRUMMAN CORP | A | Dividend | | | Buy | 2/12/2015 | K | | |
| 147 | | | | | | Sold | 3/12/2015 | K | | |
| 148 | PROCTER & GAMBLE | A | Dividend | K | T | Buy | 9/18/2015 | K | | |
| 149 | QUALCOMM INC | A | Dividend | J | T | Buy | 2/12/2015 | K | | |
| 150 | TEVA PHARM INDS LTD | A | Dividend | | | Buy | 2/11/2015 | K | | |
| 151 | | | | | | Sold | 7/6/2015 | K | B | |
| 152 | TIME WARNER INC | A | Dividend | K | T | Buy | 7/6/2015 | K | | |
| 153 | WW GRAINGER INC | A | Dividend | K | T | Buy | 3/12/2015 | K | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 8/11/2016 |

## VII. INVESTMENTS and TRUSTS

☐ NONE (*No reportable income, assets, or transactions .*)

| | A. Description of Assets (including trusts) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross Value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 154 | ALLERGAN PLC | | None | K | T | Buy | 10/26/2015 | K | | |
| 155 | OWENS ILLINOIS INC | | None | K | T | Buy | 1/27/2015 | K | | |
| 156 | ANAHEIM CA CITY SCH DIST 4% DUE 8/ | B | Interest | K | T | | | | | |
| 157 | CA MUN FIN AUTH REV 5% DUE 10/1/24 | B | Interest | K | T | | | | | |
| 158 | CA ST UNI REV 5% DUE 11/1/24 | B | Interest | | | Redeemed | 11/1/2015 | K | | |
| 159 | CALIFORNIA ST DEPT WTR RES CEN 5% DUE 12/01/28 | B | Interest | K | T | | | | | |
| 160 | CAMPBELL CA UN HS DIS 5% DUE 8/1/2 | B | Interest | K | T | | | | | |
| 161 | FREMONT CA UNI SCH DIST ALA 4% DUE 8/1/16 | B | Interest | K | T | | | | | |
| 162 | HAWAII ST HWY REV 1.2% DUE 1/1/17 | A | Interest | | | Sold | 4/23/2015 | K | A | |
| 163 | IMPERIAL CA IRR DIS WTR SY 4% DUE | B | Interest | K | T | | | | | |
| 164 | LAGUNA BEACH CA UNI SCH DIS 4% DUE 5/15/20 | B | Interest | | | Redeemed | 8/1/2015 | K | | |
| 165 | LONG BEACH CA HBR REV 5% DUE 5/15 | B | Interest | K | T | | | | | |
| 166 | LOS ANGELES CA SANTN D 5% DUE 10/ | B | Interest | K | T | | | | | |
| 167 | LOS ANGELES CA WASTEWTR SYS 3% | A | Interest | | | Redeemed | 3/26/2015 | K | | |
| 168 | ORANGE CA SANTN WASTEW 5% DUE | B | Interest | K | T | | | | | |
| 169 | PERALTA CA CMNTY COLLEGE DI 5% | B | Interest | K | T | | | | | |
| 170 | ROWLAND CA UNI SCH DIST 3% DUE 8/ | A | Interest | | | Redeemed | 3/27/2015 | K | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 8/11/2016 |

## VII. INVESTMENTS and TRUSTS

☐ NONE (*No reportable income, assets, or transactions .*)

| | A.<br>Description of Assets<br>(including trusts)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross Value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171 | SO.CAL PUB PWR AUTH PROJ 4% DUE ʼ | B | Interest | K | T | | | | | |
| 172 | SO. CAL PUB PWR AUTH TRANS PROJ 5 | B | Interest | K | T | | | | | |
| 173 | SACRAMENTO CA UNI SCH DIS 5% DUE | B | Interest | | | Redeemed | 3/25/2015 | K | | |
| 174 | SACRAMENTO CNTY SANTN DI 5% DUE | B | Interest | K | T | | | | | |
| 175 | SAN BERNARDINO CA TRAN 4% DUE 3/ | B | Interest | K | T | | | | | |
| 176 | SAN DIEGO CA PUB FACS FING 5% DUE | B | Interest | K | T | | | | | |
| 177 | SAN DIEGO CNTY CA REGL TRAN 5% D | B | Interest | K | T | | | | | |
| 178 | SAN DIEGO CNTY CA WTR AUTH 5.25% | B | Interest | K | T | | | | | |
| 179 | SAN FRAN CA BART 5% DUE 7/1/20 | B | Interest | K | T | | | | | |
| 180 | VENTURA CA CMNTY COLLE 5% DUE 8 | B | Interest | | | Redeemed | 3/27/2015 | K | | |
| 181 | VENTURA CA UNI SCH DIS 4% DUE 8/1/ | B | Interest | K | T | | | | | |
| 182 | WHITTIER CA UN HS DIS 2% DUE 8/1/16 | B | Interest | K | T | | | | | |
| 183 | ANTIOCH CA AREA PFA 5%23 DUE 5/1/2 | B | Interest | K | T | Buy | 3/26/2015 | K | | |
| 184 | FTHILL-DE ANZA CC 5.25%20 | A | Interest | K | T | Buy | 4/24/2015 | K | | |
| 185 | OLIVEHAIN CA WD WT 5%23 | A | Interest | K | T | Buy | 8/5/2015 | K | | |
| 186 | SAN MATEO CA TRN S/ 5%26 | B | Interest | K | T | Buy | 3/24/2015 | K | | |
| 187 | UNIV CA 5%27 | B | Interest | K | T | Buy | 3/25/2015 | K | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 8/11/2016 |

## VII. INVESTMENTS and TRUSTS

☐ NONE (*No reportable income, assets, or transactions .*)

| | A. Description of Assets (including trusts) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188 | MORELAND CA SD 5%24 DUE 8/1/24 | | None | K | T | Buy | 10/29/2015 | K | | |
| 189 | SAN LUIS CA COAS 5%21 DUE 8/1/21 | | None | K | T | Buy | 3/26/2015 | K | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 08/11/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

*1 THE EARNINGS REPORTED IN PART VII REPRESENT SPOUSE DISTRIBUTIVE SHARE OF PARTNERSHIP INTEREST INCOME.

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 08/11/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MARSHA S. BERZON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544